RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Nuzhat Amir** | : CASE NO. 18-35010 |
| | : The Honorable Vincent F. Papalia |
| Debtor | : Hearing Date: September 19, 2019 at 10:00 a.m. |

---

**ATTORNEY'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

---

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Nuzhat Amir in this bankruptcy proceeding.

2. The debtor was unable to provide a signed opposition with a proposal to cure in a timely fashion however I am asking for the opportunity for him to provide a proposal prior to the hearing date.

Date: September 12, 2019                         /s/Russell L. Low
                                                 **RUSSELL L. LOW, ESQ.**
                                                 Attorney for Debtor